**L. RUTHER, Plaintiff—Appellant,**

v.

**WEICHERT REAL ESTATE, INCORPORATED, Defendant—Appellee.**

No. 07–1099.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 24, 2007.

Lawrence Ruther, Appellant pro se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Ruther appeals the district court's order dismissing his civil action without prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ruther v. Weichert Real Estate, Inc.,* No. 3:06–cv–00668–JRS (E.D. Va. filed Oct. 10, 2006 & entered Oct. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*